IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 4:15-CR-48-2H

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| TRAVIS TYRONE WHEELER, | |
| Defendant. | |

This matter is before the court on defendant's motion for copies of a docket sheet and judgment to be provided to him at the expense of the government. Having shown no particularized need for these documents to be furnished at government expense, defendant's motion is DENIED. The clerk is DIRECTED to inform defendant of the method and fees associated with receiving his docket sheet and judgment at his own expense.

This <u>26th</u> day of July 2016.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26