IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:15-CR-48-2H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| TRAVIS TYRONE WHEELER, | ) |
| Defendant. | ) |

This matter is before the court on the Motion for Revocation of Supervised Release [DE #68]. At the hearing on July 9, 2019, the court heard from the parties and continued the matter for six months. Therefore, the motion for revocation will be held open for six months. If the court is not notified of any further violations before January 9, 2020, the motion for revocation will be dismissed without further hearing. If further violations occur, the probation officer shall notify the court and a hearing will be scheduled in this matter.

This 9th day of July 2019.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#35